JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND KHAJKIAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:17-cv-04877-RSWL-(JPRx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

　　Based upon the stipulation of the parties and for good cause shown,

　　IT IS HEREBY ORDERED that this action, Case No. 2:17-cv-04877-RSWL-(JPRx), is dismissed in its entirety as to all defendants, with prejudice.

　　IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

　　**IT IS SO ORDERED.**

Dated: 1/18/2018　　　　　　　　s/ RONALD S.W. LEW
　　　　　　　　　　　　　　　　Hon. Ronald S.W. Lew
　　　　　　　　　　　　　　　　United States District Court Judge